ORIGINAL

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 21 2006

at __1__ o'clock and _____ min __P__ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA
vs.

RAMOS, NICHOLAS W
3071 PUA LEI CIR APT 302
HONOLULU, HI 96815

Defendant.

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| CR05 00156 A1301391 H12 | 03/17/2005 A1301390 H12 DRIVE W/OUT INSUR |
| DUI | |

**MANDATORY COURT APPEARANCE REQUIRED**

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ **MANDATORY** may be Forfeited in Lieu of Appearance.

**BAIL FIXED AT $100.00 UNSECURED**

WALTER A. Y. H. CHINN, CLERK
BY: _____, DEPUTY CLERK

LESLIE E. KOBAYASHI

Date MAY 24, 2005

*United States Magistrate Judge*
**HON LESLIE E KOBAYASHI**

## RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | | USMS FJC |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | DATE | LOCATION |
|---|---|---|
| | | |

Name Brenton L. Nahuai   Title Officer   District HI
Date 6/21/06   Signature _____