# ARMY ARRAIGNMENT & PLEA CALENDAR FOR JUNE 27, 2006

## UNITED STATES MAGISTRATE BARRY M. KURREN

| | Name | CR Num | CNT | Cit #/Viol Dt | Violation | Proc Fee | Fine | SA | Total |
|---|---|---|---|---|---|---|---|---|---|
| 35) | MILLER, DELANO L. | CR 06-00039 | | A1458226 H10 12/24/2005 | HRS 286-132 DRIVING W/SUSPENDED LICENSE | $0.00 | 50.00 | 5.00 | 55 |

***** Bench Warrant *****
CONT AS BW MATTER FROM 2/14/06 A & P [RE: CR 06-00039/A1458226 H10]; CONT AS BW MATTER FROM 3/28/06 [RE: A1458966 H10]; CONT FROM 4/25/06 A & P

PE Defendant present arm/guilty

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 36) | RAMOS, NICHOLAS W. | CR 05-00156 | | A1301391 H12 03/17/2005 | HRS 291E-61(A)(4) D.U.I. | $0.00 | | | |
| | | CR 05-00156 | | A1301390 H12 03/17/2005 | HRS 431:10C-104 NO NO-FAULT INSURANCE CARD | $0.00 | | | |

***** Bench Warrant *****
CONT AS BW MATTER FROM 05/24/2005 A&P

Atty: CR 05-00156  NK/T

Deft present: Arm ___ Arm Wvd ✓ 7-25-06
Plea NG ___ NJT ___
Plea Guilty/Adj Guilty

DEFT PRESENT
DEFT SWORN TO FIN AFDT
REQUEST FOR CT APPTD ATTY-GR

Atty: Alex Silvert for Matt Winter v

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 37) | UTI JR., NUU | | | A2244529H12 04/19/2006 | HRS 431:10C-104 NO NO-FAULT INSURANCE CARD | $25.00 | | | 8? |

***** Bench Warrant *****
CONT AS BW MATTER FROM 06/13/2006 A&P

no action on BW

Deft present: Arm ✓ Arm Wvd ___
Plea NG ___ NJT ___
PE Plea Guilty/Adj Guilty ✓

APPROVED AND SO ORDERED at ___ o'clock and ___ min. ___ M

Magistrate Judge BARRY M. KURREN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 27 2006
SUE BEITIA, CLERK

APPROVED
SAUSA CAPT. GABRIEL COLWELL

Dated: 06/27/2006