# ARMY ARRAIGNMENT & PLEA CALENDAR FOR JULY 25, 2006
## UNITED STATES MAGISTRATE LESLIE E. KOBAYASHI

ORIGINAL

| # | Name | CR Num | CNT | Cit #/Viol Dt | Violation | Proc Fee | Disposition Fine | SA | Total |
|---|---|---|---|---|---|---|---|---|---|
| 87) | HART, LEILANI I. | | | A1498820 H11 01/30/2006 | HRS 291C-102 SPEEDING | $0.00 | | | |

***** Bench Warrant *****
CONT. AS BW MATTER FROM 3/28/06 A & P -
ORDER TO RECALL BW FILED 4/7/06

I eft present: Arm ___ Arm Wvd ___
P ea NG ___ NJT ___
Plt ı Guilty/Adj Guilty ___

NK/T

| 88) | MEDINA, EDWIN J. | | Atty: | A1497778H12 11/01/2005 | HRS 286-102 NO LICENSE | $0.00 | | | |

***** Bench Warrant *****
CONT. AS BW MATTER FROM 06/13/2006 A&P

DISMISSED
*PROOF SHOWN   NC

| 89) | PLUMHOFF, CHANTALL C. | CR 06-00321 | Atty: | A1695544 H11 02/17/2006 | HRS 431:10C-104 NO NO-FAULT INSURANCE CARD | $25.00 | | | |

***** Bench Warrant *****
CONT. AS BW MATTER FROM 06/13/2006
AS TRIAL MATTER FROM 06/27/2006
DEFT PRESENT
DEFT SWORN TO FIN AFDT
REQUEST FOR CT APPTD ATTY-GR

eft present: Arm ✓ Arm Wvd ___
P ea NG ✓ NJT ___  8-22-06
Plt ı Guilty/Adj Guilty ___

no action on BW    C06-00391 no license — A1695545 #11
Atty: Pamela Byrne ✓ A1695546 #11
NK/T

| 90) | RAMOS, NICHOLAS W. | CR 05-00156 | | A1301391 H12 03/17/2005 | HRS 431:10C-104 NO NO-FAULT INSURANCE CARD | $0.00 | 150 | 5 | 55 |
| | | | | A1301390 H12 03/17/2005 | HRS 291E-61(A)(4) D.U.I. | $0.00 | 50 | 5 | 55 |

***** Bench Warrant *****
CONT AS BW MATTER FROM 05/24/2005 A&P/ CONT

I eft present: Arm ✓ Arm Wvd ___
P ea NG ___ NJT ___   PE
Plt ı Guilty/Adj Guilty ✓

no action on BW

14 hrs. alcohol abuse education/assessment
90 days lic suspension; ___ days to & from work only
Proof of compliance date: 1-23-07    fine: $ ___ days absolute
APPROVED $ 150    S/I ___

NK/T POC

Continued on next page 25 2006
at ___ o'clock and ___ min. ___ M
___ E BEITA, CLERK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 25 2006

Dated: 07/25

APPROVED AND SO ORDERED

Magistrate Judge LESLIE E. KOBAYASHI

APPROVED
matthew Winter
SAUSA CAPT. GABRIEL COLWELL