# ARMY TRIAL CALENDAR FOR JANUARY 23, 2007
## UNITED STATES MAGISTRATE KEVIN S. C. CHANG

Page 1

| T- | Name | CR Num | CNT | Cit #/Viol Dt | Violation | Disposition |
|---|---|---|---|---|---|---|
| 2) | RAMOS, NICHOLAS W. | CR 05-00156 | | AI301391 H12 03/17/2005 | DUI | PROOF OF COMPLIANCE $0.00 |

***** Bench Warrant *****
CONT AS BW MATTER FROM 05/24/2005 A&P; CONT
AS TRIAL MATTER FROM 06/27/2006; CONT. FOR
POC FROM 07/25/2006 TRIAL DATE; DEFT PLED
GUILTY; FINE 150.00 $5.00 SA; FINE $50.00
$5.00 SA

Atty: MATTHEW WINTER AFPD

√ NK
Deft's presence Waived
Cont'd to @ 9:00
4/24/07 9:00.

APPROVED AND SO ORDERED

_____
Magistrate Judge KEVIN S. C. CHANG

Dated: 01/23/2007

APPROVED

For _____
SAUSA LT. ELIZABETH JOSEPHSON

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 23 2007

at ____ o'clock and ____ min ____ M
SUE BEITIA, CLERK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 23 2007

at ____ o'clock and ____ min ____
SUE BEITIA, CLERK