# ARMY TRIAL CALENDAR FOR APRIL 24, 2007
## UNITED STATES MAGISTRATE BARRY M. KURREN

Page 3

| | Name | CR Num | CNT | Cit #/Viol Dt | Violation | Proc Fee | Disposition Fine SA | Total |
|---|---|---|---|---|---|---|---|---|
| T- 5) | RAMOS, NICHOLAS W. | 05-00156 | | A1301390 H12 03/17/2005 | DUI PROOF OF COMPLIANCE | $0.00 | Complied | |

POC

Atty: MATT WINTER, AFPD

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 24 2007
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

APPROVED AND SO ORDERED

_signature_
BARRY M. KURREN
Magistrate Judge

Dated: 04/24/2007

APPROVED

_signature_
SAUSA CAPT. GABRIEL COLWELL